RECEIVED
BY _____
JAN 23 2009
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO: 07-60037-03 |
| VERSUS | JUDGE DONALD E. WALTER |
| ISRAEL PEREZ | MAGISTRATE JUDGE HILL |

## ORDER

For the reasons orally assigned in the Report and Recommendation of the Magistrate Judge in the transcript previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

IT IS ORDERED that the GUILTY PLEA entered by Israel Perez on December 15, 2008 before Magistrate Judge C. Michael Hill is accepted by the Court, pursuant to the provisions of Federal Rule of Criminal Procedure 11.

THUS DONE AND SIGNED this 23 day of January, 2009.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE